**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**JOHN B. HERRING,**                                                      **PETITIONER**

**v.**                                             **No. 2:07CV69-P-A**

**STATE OF MISSISSIPPI, ET AL.**                             **RESPONDENTS**

**ORDER DENYING PETITIONER'S MOTION**
**FOR RELIEF FROM JUDGMENT OR ORDER**

This matter comes before the court on the plaintiff's motion for reconsideration of the court's November 6, 2008, memorandum opinion and final judgment dismissing the instant petition. The court interprets the motion, using the liberal standard for *pro se* litigants set forth in *Haines v. Kerner*, 404 U.S. 519 (1972), as a motion for relief from a judgment or order under FED. R. CIV. P. 60. An order granting relief under Rule 60 must be based upon: (1) clerical mistakes, (2) mistake, inadvertence, surprise, or excusable neglect, (3) newly discovered evidence, (4) fraud or other misconduct of an adverse party, (5) a void judgment, or (6) any other reason justifying relief from the operation of the order. The plaintiff has neither asserted nor proven any of the specific justifications for relief from an order permitted under Rule 60. In addition, the plaintiff has not presented "any other reason justifying relief from the operation" of the judgment. In addition, the Fifth Circuit has denied the petitioner's request to file a second or successive petition. For these reasons, the plaintiff's request for reconsideration is **DENIED.**

**SO ORDERED,** this the 7th day of May, 2009.

                                                      /s/ W. Allen Pepper, Jr.
                                                      W. ALLEN PEPPER, JR.
                                                      UNITED STATES DISTRICT JUDGE